UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Krueger, | Civil No. 10-3807 (PAM/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Chris Briggs, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") issued by Magistrate Judge Jeffrey J. Keyes on September 9, 2010. In the R&R, the Magistrate Judge recommends that the Court deny Plaintiff's application to proceed in forma pauperis and dismiss this matter for lack of federal subject matter jurisdiction. Plaintiff has not filed objections to the R&R in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 2) is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Monday, September 27, 2010

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge